UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 18-cv-62823 (RNS)**

SHIRLEY ST. FORT-NWABUKU,
on behalf of herself and all others
similarly situated,

      Plaintiffs,

vs.

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX Sports, a Florida corporation,

      Defendant.
_____/

**DEFENDANT'S UNOPPOSED SECOND MOTION FOR
<u>ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT</u>**

Defendant, Vital Pharmaceuticals, Inc. d/b/a VPX Sports ("VPX"), by and through its undersigned counsel, moves for an enlargement of time, through and including **February 6, 2019**, within which to file its response to the Complaint. In support of this <u>unopposed</u> motion, VPX states as follows:

1. This putative class action challenges the advertising and marketing of VPX's brand of BANG® energy drink products.

2. Plaintiff, Shirley St. Fort-Nwabuku, filed the Complaint on November 19, 2018. [DE 1.]

3. The original deadline for VPX's answer or other response to the Complaint was December 21, 2018.

4. On December 20, 2018, Defendant filed the first unopposed Motion for Enlargement of Time to Respond to Complaint.

5.      The current deadline for VPX's response to the Complaint is January 21, 2019.

6.      Separately, five other federal actions have been filed against VPX within the past few months relating to the advertising and marketing of VPX's same brand of BANG® energy drink products at issue in this action.[1]

7.      VPX brings this motion for an enlargement of time, through February 6, 2019, to respond to the Complaint in this action.

8.      Good cause supports this motion.

9.      Specifically, VPX recently retained the undersigned as counsel in this matter. The requested extension of time is necessary so that counsel may have an opportunity to meet with VPX, investigate the matter and prepare a response to the Complaint.

10.     This Motion is brought in good faith and not for any dilatory purpose.

11.     Plaintiff does not oppose the relief requested herein.

12.     No party will be prejudiced by the grant of this Motion; nor will the action be unduly delayed by the grant of this Motion.

**WHEREFORE**, Defendant VPX respectfully requests entry of an Order granting this Motion and extending the deadline for VPX to file a pleading or other response to the Complaint through and including **February 6, 2019**.

---

[1] Those five related actions are: Monster Energy Company v. Vital Pharmaceuticals, Inc., et al., No. 5:18-cv-1882 (C.D. Cal. Sept. 4, 2018); Imran, et al. v. Vital Pharmaceuticals, Inc., et al., No. 3:2018-cv-5758 (N.D. Cal. Sept. 19, 2018); ThermoLife Int'l LLC v. Vital Pharmaceuticals, Inc., No. 2:18-cv-3233 (D. Ariz. Oct. 10, 2018); Barker v. Vital Pharmaceuticals, Inc., No. 1:18-cv-6898 (N.D. Ill. Oct. 12, 2018); and Madison v. Vital Pharmaceuticals, Inc., No. 4:18-cv-6300-LB (N.D. Cal. Oct. 15, 2018).

## Local Rule 7.1(a)(3) Certification

The undersigned certifies that, prior to filing this Motion, VPX's counsel conferred with Plaintiff's counsel regarding the relief sought in the Motion in a good faith effort to resolve the issues raised herein, and that the Plaintiff does not oppose such relief.

Respectfully submitted this 16th day of January, 2019.

    *s/ Robin Taylor Symons*
Robin Taylor Symons, Esq.
Florida Bar No. 356832
rsymons@grsm.com
Andrew R. Schindler, Esq.
Florida Bar No. 124845
aschindler@grsm.com
Gordon Rees Scully Mansukhani, LLP
Miami Tower, Suite 3900
100 SE Second Street
Miami, FL 33131
Telephone:     (305) 428-5330
Facsimile:      (877) 634-7245
*Attorneys for Defendant,*
*Vital Pharmaceuticals,*
*Inc.*

## Certificate of Service

I hereby certify that, on January 16, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that, on the same date, service of the electronically-filed document was made on the following parties and counsel of record who have consented to receive service through the CM/ECF system and will receive notification of this filing via an email generated by the CM/ECF system:

**Lance August Harke** <lharke@harkelaw.com>
**Tammi A. Calarco** <tcalarco@harkelaw.com>
Harke Law LLP
9699 NW Second Avenue
Miami Shores, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
*Attorneys for Plaintiff*

    *s/ Robin Taylor Symons*
Robin Taylor Symons