UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-62823-RAR

**SHIRLEY ST. FORT-NWABUKU**,
*on behalf of herself and all others similarly situated*,

    Plaintiff,

v.

**VITAL PHARMACEUTICALS, INC.,**
**d/b/a VPX SPORTS**,

    Defendant.
_____/

**TIFFANY NGUYEN,** *et al.*,

    Plaintiffs,

v.

**VITAL PHARMACEUTICALS, INC.,**
**d/b/a VPX SPORTS**,

    Defendant.
_____/

## ORDER DISMISSING CASES WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on Plaintiffs Tiffany Nguyen and William Muscara's Notice of Voluntary Dismissal without Prejudice [ECF No. 82] and Plaintiff Shirley St. Fort-Nwabuoku's Notice of Voluntary Dismissal without Prejudice [ECF No. 83], both filed on December 12, 2019.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled cases are **DISMISSED without prejudice**.  The Clerk is directed to **CLOSE** the case.  Any pending motions are **DENIED as moot.**

**ONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of December, 2019.

_____
**RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record